FILED 07 NOV '11 14:37 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

BETTY WILLIAMS,                                   3:11-CV-6106-MA

       Plaintiff,                         ORDER FOR VOLUNTARY DISMISSAL

v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

       Defendant.

    Based on the stipulation of the parties, it is hereby ORDERED that the above captioned case is dismissed with prejudice. The Appeals Council will vacate its previous action in this case, provide Plaintiff's attorney with a copy of the recording of the hearing, allow Plaintiff's attorney a reasonable amount of time to submit written arguments, and issue a new Notice of Appeals Council Action following submission and consideration of the attorney's written arguments.

    IT IS SO ORDERED.

    DATED this __7__ day of November, 2011.

                             /s/ Malcolm F. Marsh
                             Malcolm F. Marsh
                             United States District Judge

1 - ORDER FOR VOLUNTARY DISMISSAL [3:11-CV-6106-MA]